
### FORM I VOLUNTARY PETITION

| **United States Bankruptcy Court**<br><br>**District of** | **VOLUNTARY PETITION** |
|---|---|

| IN RE (Name of debtor-If individual, enter Last, First, Middle)<br><br>Switka, Patricia, Anne | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| ALL OTHER NAMES used by debtor in the last 6 years<br>(Include married, maiden and trade names) | ALL OTHER NAMES used by the joint debtor in the last 6 years<br>(Include married, maiden and trade names.) |
| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>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 | SOC. SEC./TAX I.D. NO.(If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)<br><br>42 Kathy Court<br>Brick, NJ 08724-1471 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>ocean | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR<br>(If different from addresses listed above) | ☐ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District. |

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| TYPE OF DEBTOR | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) |
|---|---|
| ☒ Individual    ☐ Corporation Publicly Held<br>☐ Joint (H&W)   ☐ Corporation Not Publicly Held<br>☐ Partnership   ☐ Municipality<br>☐ Other _____ | ☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12    ☐ § 304-Case Ancillary to Foreign Proceeding |
| NATURE OF DEBT | FILING FEE (Check one box) |
| ☒ Non-Business Consumer    ☐ Business - Complete A&B below | ☒ Filing fee attached.<br>☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). see Offical Form No..3 |
| A. TYPE OF BUSINESS (check one box) | NAME AND ADDRESS OF LAW FIRM OR ATTORNEY |
| ☐ Farming        ☐ Transportation    ☐ Commodity Broker<br>☐ Professional    ☐ Manufacturing/Mining    ☐ Construction<br>☐ Retail/Wholesale    ☐ Real Estate<br>☐ Railroad    ☐ Stockbroker    ☐ Other Business | Stephen G. Schueler, Esq.<br>1010 Highway 71, Suite 2<br>Spring Lake Heights, NJ 07762<br>Telephone No. 732-449-0055 |
| B. BRIEFLY DESCRIBE NATURE OF BUSINESS | NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR<br>Stephen G. Schueler, Esq.<br>☐ Debtor is not represented by an attorney |

**STATISTICAL ADMINISTRATIVE INFORMATION (Estimates only) (Check applic...)**

☐ Debtor estimates that funds will be available for distribut...
☐ Debtor estimates that after any exempt property is exclu... expenses paid, there will be no funds available for distri...

ESTIMATED NUMBER OF CREDITORS
☐ 1-15   ☒ 16-49   ☐ 50-99   ☐ 100-19...

ESTIMATED ASSETS (in thousands of dollars)
☐ Under 50   ☒ 50-99   ☐ 100-499   ☐ 500-999   ☐ 1000-999...

ESTIMATED LIABILITIES (In thousands of dollars)
☐ Under 50   ☐ 50-99   ☐ 100-499   ☐ 500-999   ☐ 1000-999...

ESTIMATED NUMBER OF EMPLOYEES -CH 11 & 12 ONI...
☐ 0   ☐ 1-19   ☐ 20-99

ESTIMATED NO . OF EQUITY SECURITY HOLDERS - CH...
☐ 0   ☐ 1-19   ☐ 20-99

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| District of New Jersey | RECEIPT |
| Case # 04-33858   Chapter 7 | # 000204212 - BH |
| Filed: 07/20/04   Trenton | 04:48 PM, July 20, 2004 |

| Code | Qty | Amount |
|---|---|---|
| NF | 1 | $39.00 |
| 07 | 1 | $170.00 |

Debtor(s):
Patricia Anne Switka

ORIGINAL

**TOTAL PAID: $209.00**

From: Stephen G. Schueler
1010 Highway 71
Suite 2
Spring Lake Heights, NJ 07762

3



Name of Debtor  __Switka, Patricia_____    Case No. _____

                                                                    (Court use only)

## FILING OF PLAN

For Chapter 9, 11,12 and13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____    ☐ Debtor intends to file a plan within the time allowed by statute, rule, or
is attached.                                                        order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
|  |  |  |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (If more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
|  |  |  |
| Relationship | District | Judge |
|  |  |  |

### REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title II, United States Code, specified in this petition.

## SIGNATURES

### ATTORNEY

X _____    Date _____
Signature

| INDIVIDUAL /JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is  true and correct. | I declare under penalty of perjury that the information provided in this petition is  true and correct, and that the filing of this petition  on behalf of the debtor has been authorized. |
| X _____<br>Signature of Debtor<br>Date | X _____<br>Signature of Authorized Individual<br><br>Print or Type Name of Authorized Individual |
| X _____<br>Signature of Joint Debtor<br>Date | _____<br>Title of Individual Authorized by Debtor to File this Petition<br>Date |

**EXHIBIT "A"** ( To be completed if debtor is a corporation requesting relief under chapter 11.)

☐ Exhibit "A" is attached and made a part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7,11,12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

X _Patricia C Switka_____    Date  7/15/04
Signature of Debtor

X _____    Date _____
Signature of Joint Debtor

### EXHIBIT "B" (To be completed by attorney for Individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they ) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief availabe under each such chapter.

X _Stephen McMuller_____    Date  7/15/04
Signature of Attorney

Julius Blumberg, Inc. NYC 10013

Form B6 (6-90)

**UNITED STATES BANKRUPTCY COURT**                    **DISTRICT OF**

In re:  Switka, Patricia
                                    Debtor(s)        Case No.            (If Known)

See summary below for the list of schedules. Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS: Schedules D, E and F have been designed for the listing of each claim only once. Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes No) | Number of sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | Y | 1 | 0.00 | | |
| B - Personal Property | Y | 1 | $21,359.02 | | |
| C - Property Claimed as Exempt | Y | 1 | | | |
| D - Creditors Holding Secured Claims | Y | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Y | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 2 | | $65,275.88 | |
| G - Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Individual Debtor(s) | Y | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Y | 1 | | | $3,255.70 |
| Total Number of Sheets of All Schedules | | 11 | | | |
| Total Assets | | | $21,359.02 | | |
| Total Liabilities | | | | $65,275.88 | |

n re:  Switka, Patricia                                Debtor(s)        Case No.                      (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| N/A | | | | |
| | | Total -> | $ | (Report also on Summary of Schedules.) |

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Commerce Bank Checking<br>Commerce Bank Savings | | $100.00<br>$539.02 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | All Round Realty | | $1,000.00 |
| 4. Household goods and furnishings including audio, video and computer equipment. | | Various furniture | | $1,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | VArious books | | $500.00 |
| 6. Wearing apparel. | | Various clothing | | $ 250.00 |
| 7. Furs and jewelry. | | | | $250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Form B6B, P2 (6-90)   Julius Blumberg, Inc. NYC 10013

SCHEDULE B
PERSONAL PROPERTY

In re:

Debtor(s)   Case No.   (if known)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interest in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | Mazda Tribute 2003 | | $17,200.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | 2 cats | | $20.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->   $ 21,359.02

_____ continuation sheets attached

In re: Switka, Patricia                                    Debtor(s)        Case No.                    (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Checking and Savings Account | 11 USC522(d)(3) | $639.02 | $639.02 |
| Rent Security Deposit | 11 USC 522 (d)(1) | $1,000.00 | $1,000.00 |
| Various furniture | 11 USC 522 (d) (3) | $1,500.00 | $1,500.00 |
| Various clothing | 11 USC 522 (d) (3) | $250.00 | $250.00 |
| Various Books | 11 USC 522(d) (3) | $500.00 | $500.00 |
| Furs & Jewelry | 11 USC 522(d)(4) | $250.00 | $250.00 |
| 2003 Maza Tribute | 11 USC 522(d)(2) | $2,400.00 | $17,200.00 |
| Pets | 11 USC 522(d) (3) | $20.00 | $20.00 |

In re: Switka, Patricia                                              Debtor(s)        Case No.                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |

_____ continuation sheets attached

Subtotal -> (Total of this page)     $  0.00

Total -> (use only on last page)     $  0.00

(Report total also on Summary of Schedules)

Form B6 E Cont. (6/90)    Julius Blumberg, Inc., NYC 10013

In re: Switka, Patricia                                                      Debtor(s)        Case No.                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |

Sheet no. _____ of _____ sheets attached to Schedule of Creditors
Holding Priority Claims.

Subtotal -> $ 0.00
(Total of this page)

Total -> $ 0.00
(use only on last page of completed Schedule E.)

(Report total also on Summary of Schedules)

3072 9 1991 JULIUS BLUMBERG, INC., NYC 10013

n re: Switka, Patricia                    Debtor(s)      Case No.              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 5329025131000978 <br> Bank Card Services <br> PO Box 15026 <br> Wilmington, DE 19850-5026 | | | | | $13,086.85 |
| A/C # 4310000643212142 <br> Chase Visa <br> PO Box 15919 <br> Wilmington, DE 19850-5919 | | | | | $9,555.58 |
| A/C # 5291152103488991 <br> Capital One Bank <br> PO Box 85015 <br> Richmond, VA 23285-5015 | | | | | $5,070.47 |
| A/C # 7021270107790346 <br> Retail Services <br> PO Box 15521 <br> Wilmington, DE 19850-5521 | | | | | $1,022.23 |
| A/C # 4104160000950823 <br> Circuit City <br> Fleet Credit Card Services <br> PO Box 15045 <br> Wilmington, DE 19886-0001 | | | | | $3,873.98 |
| A/C # 4262280896778686 <br> MBNA America <br> PO Box 15026 <br> Wilmingtonnm DE 19850-5026 | | | | | $3,051.57 |
| A/C # 5121070155538487 <br> Sears Credit Card <br> PO Box 182156 <br> Columbus, OH 43218-2156 | | | | | $8,695.20 |
| A/C # 5398420050697076 <br> Card Member Services <br> PO Box 44167 <br> Jacksonville, FL 32231-4167 | | | | | $2,704.40 |
| A/C # 4264298469023306 <br> Bankcard Services <br> PO Box 15026 <br> Wilmington, DE 19850-5026 | | | | | $12,459.91 |

Sheet no. 1 of 2 sheets attached to Schedule of Creditors Holding Nonpriority Claims.

Subtotal -> $ 59,520.19
(Total of this page)

Total -> $
(use only on last page of completed Schedule F.)
(Report total also on Summary of Schedules)

In re: **Switka, Patricia**                          Debtor(s)        Case No.            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 06650400 <br> Coastal Gastroenterology <br> 525 Jack Martin Blvd. <br> Brick, NJ 08724 | | | | | $380.00 |
| A/C # 922512728 <br> Lane Bryant <br> PO Box 182121 <br> columbus, OH 43218-2121 | | | | | $248.09 |
| A/C # 3300152956 <br> Med. Center ofOcean Cty. <br> PO Box 34019 <br> Newark, NJ 07189-0019 | | | | | $564.00 |
| A/C # 3300152971 <br> Med Center of Ocean cty. <br> PO Box 34019 <br> Newark, NJ 07189-0019 | | | | | $1,509.00 |
| A/C # 3300163662 <br> Med CenterofOcean Cty. <br> PO Box 34019 <br> Newark, NJ 07189-0019 | | | | | $932.00 |
| A/C # 3300107260 <br> Med Ctr ofOcean Cty. <br> PO Box 34019 <br> Newark, NJ 07189-0019 | | | | | $168.00 |
| A/C # 3300164919 <br> med Center of Ocean Cty <br> PO Box 34019 <br> Newark, NJ 07189-0019 | | | | | $1,600.00 |
| A/C # 2300041 <br> Empi <br> 599 Cardigan Road <br> St. Paul MN 55126 | | | | | $354.60 |
| A/C # | | | | | |

Sheet no. __q2_ of __2_ sheets attached to Schedule of Creditors Holding Nonpriority Claims.

Subtotal -> $5,755.69
(Total of this page)

Total -> $65,275.88
(use only on last page of completed Schedule F.)
(Report total also on Summary of Schedules)

3072 © 1991 JULIUS BLUMBERG, INC. NYC 10013

Form B6 G (6/90)    Julius Blumberg, Inc. NYC 10013

In re: `SWitka, Patricia                    Debtor(s)        Case No. _____    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

Form B6 H (6-90)    Julius Blumberg Inc NYC 10013

In re:    Switka, Patricia

                                    Debtor(s)      Case No.                    (if known)

# SCHEDULE H - CODEBTORS

☒  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form 861 (6-90)                Julius Blumberg, Inc. NYC 10013

In re: **Switka, Patricia**

Debtor(s)          Case No.                        (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| single | Katherine E. Bernyk | 22 | daughter |

| Employment: disabled u/e | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

**Income:** (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 0.00 | $ |
| Estimate monthly overtime | | |
| SUBTOTAL | $ _____ | $ _____ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | | |
| b. Insurance | | |
| c. Union dues | | |
| d. Other (Specify) | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ _____ | $ _____ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ _____ | $ _____ |
| Regular income from operation of business or profession or farm (attach detailed statement) | | |
| Income from real property | | |
| Interest and dividends | | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | |
| Social security or other government assistance (Specify) | | |
| Pension or retirement income | | |
| Other monthly income (Specify) | | |
| TOTAL MONTHLY INCOME | $ 0.00 | $ |

TOTAL COMBINED MONTHLY INCOME     $ 0.00     (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Form B6 J, Cont. (6-90)   Julius Blumberg, Inc, NYC 10013

In re: Switka, Patricia

Debtor(s)        Case No.                (if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

Rent or home mortgage payment (include lot rented for mobile home) .......................... $ 950.00
Are real estate taxes included?  ☐ Yes  ☐ No     Is property insurance included?  ☐ Yes  ☐ No
Utilities  Electricity and heating fuel ............................................................... 150.00
    Water and sewer ..................................................................... 45.00
    Telephone .......................................................................... 60.00
    Other  cable TV ..................................................................... 140.00

Home maintenance (repairs and upkeep) ..............................................................
Food ............................................................................................. 400.00
Clothing ......................................................................................... 20.00
Laundry and dry cleaning ......................................................................... 45.00
Medical and dental expenses ...................................................................... 0.00
Transportation (not including car payments) ...................................................... 481.00
Recreation, clubs and entertainment, newspapers, magazines, etc. ................................. 150.00
Charitable contributions ......................................................................... 15.00
Insurance (not deducted from wages or included in home mortgage payments) ......................... 5.00
    Homeowner's or renter's ............................................................
    Life ............................................................................... 16.67
    Health ............................................................................. 0.00
    Auto ............................................................................... 301.00
    Other .............................................................................. 116.00

Taxes (not deducted from wages or included in home mortgage payments)
(Specify) ........................................................................................ 100.00

Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan)
    Auto ...............................................................................
    Other .............................................................................. 361.03

Alimony, maintenance, and support paid to others ..................................................
Payments for support of additional dependents not living at your home .............................
Regular expenses from operation of business, profession, or farm (attach detailed statement) ......
Other ............................................................................................

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) ............................. $ 3,255.70

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income ........................................................ $ _____
B. Total projected monthly expenses ...................................................... $ _____
C. Excess income (A minus B) ............................................................. $ _____

D. Total amount to be paid into plan each ................................................ $ _____
                    (interval)

n re Switka, Patricia        Debtor(s)       Case No.        (If Known)

### STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
  (a) for legal services rendered or to be rendered in contemplation of and in connection
    with this case                $1,350.00
  (b) prior to filing this statement, debtor(s) have paid    $1,350.00
  (c) the unpaid balance due and payable is        $    0.00

(3) $ 209.00  of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:
  (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
  (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
  (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

(7) The undersigned has received no transfer, assignment or pledge of property execept the following for the value stated:

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

ated:        X Respectfully submitted, _____ _____ Attorney for Petitioner
                                    STEPHEN G. SCHUELER, ESQUIRE

torney's name and address_____

1010 Highway 71, Suite 2 Spring Lake Heights, NJ 07762

© 1991 JULIUS BI UMBERG, INC., NYC 10013

5    Statement of compensation: Rule 2016(b), 8 91

Form 7 Stmt. of Financial Affairs (8-91)

Blumbergs
Law Products

Julius Blumberg, Inc.
NYC 10013

UNITED STATES BANKRUPTCY COURT                    DISTRICT OF

In re: **Switka, Paricia**                                        *Case No.*

                                                          Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the invididual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. **Each question must be answered. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

☒ None    **1. Income from Employment or Operation of Business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give AMOUNT and SOURCE (If more than one).

☒ None    **2. Income Other than from Employment or Operation of Business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give AMOUNT and SOURCE.

**3. Payments to Creditors**

☒ None    a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR, DATES OF PAYMENTS, AMOUNT PAID and AMOUNT STILL OWING.

☒ None    b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING.

**4. Suits, Executions, Garnishments and Attachments**

☒ None    a. List all suits to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT AND LOCATION and STATUS OR DISPOSITION.

☐ None    b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within **one year**

immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY.

☒ None    **5. Repossessions, Foreclosures, and Returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION AND VALUE OF PROPERTY.

**6. Assignments and Receiverships**

☒ None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT.

☒ None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CUSTODIAN, NAME AND LOCATION OF COURT, CASE TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF PROPERTY.

☒ None    **7. Gifts**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP TO DEBTOR, IF ANY, DATE OF GIFT, and DESCRIPTION AND VALUE OF GIFT.

☒ None    **8. Losses**

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS and DATE OF LOSS.

☒ None    **9. Payments Related to Debt Counseling or Bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

Give NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

☒ None    **10. Other Transfers**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR, DATE, and DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED.

X None ⸢  **11. Closed Financial Accounts**

ist all financial accounts and instruments held in the name of the
:btor or for the benefit of the debtor which were closed, sold, or
herwise transferred within one year immediately preceding the com-
encement of this case. Include checking, savings, or other finan-
al accounts, certificates of deposit, or other instruments; shares
id share accounts held in banks, credit unions, pension funds,
)operatives, associations, brokerage houses and other financial in-
itutions. (Married debtors filing under chapter 12 or chapter 13 must
clude information concerning accounts or instruments held by or
·r either or both spouses whether or not a joint petition is filed,
iless the spouses are separated and a joint petition is not filed.)

ve NAME AND ADDRESS OF INSTITUTION, TYPE AND NUMBER OF AC-
)UNT AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE
₹ CLOSING.

X None    **12. Safe Deposit Boxes**

ist each safe deposit or other box or depository in which the deb-
r has or had securities, cash, or other valuables within **one year**
imediately preceding the commencement of this case. (Married deb-
rs filing under chapter 12 or chapter 13 must include boxes or
:positories of either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not
ed.)

ve NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND
)DRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION
² CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY.

X None    **13. Setoffs**

st all setoffs made by any creditor, including a bank, against a debt
· deposit of the debtor within **90 days** preceding the commence-
ent of this case. (Married debtors filing under chapter 12 or chap-
r 13 must include information concerning either or both spouses
hether or not a joint petition is filed, unless the spouses are sepa-
ted and a joint petition is not filed.)

ve NAME AND ADDRESS OR CREDITOR, DATE OF SETOFF and AMOUNT OF
:TOFF.

X None    **14. Property Held for Another Person**

st all property owned by another person that the debtor holds or
introls.

ve NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE¹ OF
OPERTY and LOCATION OF PROPERTY.

X None    **15. Prior Address of Debtor**

the debtor has moved within the two years immediately preceding
e commencement of this case, list all premises which the debtor
:cupied during that period and vacated prior to the commencement
this case. If a joint petition is filed, report also any separate ad-
ess of either spouse.

ve ADDRESS, NAME USED and DATES OF OCCUPANCY.

ie following questions are to be completed as shown below.*

i., **Nature, Location and Name of Business***

X None    a. If the debtor is an individual, list the names and ad-
esses of all businesses in which the debtor was an officer, direc-
r, partner, or managing executive of a corporation, partnership,
le proprietorship or was a self-employed professional within the
ʋo years immediately preceding the commencement of this case,
 in which the debtor owned 5 percent or more of the voting or
uity securities within the two years immediately preceding the com-
encement of this case.

If the debtor is a partnership, list the names and addresses of all
:sinesses in which the debtor was a partner or owned 5 percent
 more of the voting securities, within the two years immediately
eceding the commencement of this case.

If the debtor is a corporation, list the names and addresses of all
:sinesses in which the debtor was a partner or owned 5 percent
 more of the voting securities within the **two years** immediately
eceding the commencement of this case.

·e NAME, ADDRESS, NATURE OF BUSINESS and BEGINNING AND ENDING
TES OF OPERATION.

. **Books, Records, and Financial Statements**

X None    a. List all bookkeepers and accountants who within the
: years immediately preceding the filing of this bankruptcy case
pt or supervised the keeping of books of account and records of
: debtor.

·e NAME AND ADDRESS and DATES SERVICES RENDERED.

iese questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the
»wing: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation, a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.
 individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)
                                                                                                              3076-3B ©1991 Julius Blumberg, Inc.

☒ None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

Give NAME, ADDRESS and DATES SERVICES RENDERED.

☒ None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

Give NAME and ADDRESS.

☒ None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

Give NAME AND ADDRESS and DATE ISSUED.

**18. Inventories**

☒ None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

Give DATE OF INVENTORY, INVENTORY, SUPERVISOR and DOLLAR AMOUNT OF INVENTORY (specify cost, market or other basis).

☒ None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

Give DATE OF INVENTORY and NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS.

**19. Current Partners, Officers, Directors and Shareholders**

☒ None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

Give NAME AND ADDRESS, NATURE OF INTEREST and PERCENTAGE OF INTEREST.

☒ None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

Give NAME AND ADDRESS, TITLE and NATURE AND PERCENTAGE OF STOCK OWNERSHIP.

**20. Former Partners, Officers, Directors and Shareholders**

☒ None    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

Give NAME, ADDRESS and DATE OF WITHDRAWAL.

☒ None    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

Give NAME AND ADDRESS, TITLE and DATE OF TERMINATION.

☒ None    **21. Withdrawals from a Partnership or Distributions by a Corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

Give NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR, DATE AND PURPOSE OF WITHDRAWAL, and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

## Unsworn Declaration under Penalty of Perjury.

*If completed by an individual or individual and spouse)* I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| | | | |
|---|---|---|---|
| 7/16/04 | *Patricia Sutta* | | |
| Date | Signature of Debtor | Date | Signature of Joint Debtor (if any) |

*If completed on behalf of a partnership or corporation)* I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

| | | |
|---|---|---|
| Date | Signature | Print Name and Title |

An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

_____ continuation sheets attached

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.**

3076-4 ©Julius Blumberg, Inc.

Form 88 (6-90)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF**

In re: Switka, Patricia

Debtor(s)        Case No.
                 Chapter

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. My intention with respect to the property of the estate which secures those consumer debts is as follows:
   a. *Property to Be Surrendered.*

| Description of property | Creditor's name | H,W or J |
|---|---|---|
| None | | |

   b. *Property to Be Retained (Specify Reaff'd, Red'd or Exempt  to state debtor's intention concerning  reaffirmation, redemption, or lien avoidance\*.)*

| Description of property | Creditor's name | Reaff'd Red'd Exempt |
|---|---|---|
| none | | |

3. I understand that § 521 (2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date: 7/15/04

.................................................
*Patricia* *Switka*
Signature of Debtor

\* Reaff'd  - Debt will be reaffirmed pursuant to § 524(c)

   Red'd   - Property is claimed as exempt and will be redeemed pursuant to § 722

   Exempt  - Lien will be avoided pursuant to § 522(f) and property will be claimed as exempt

.................................................
Signature of Debtor

3073 © 1991 JULIUS BLUMBERG, INC. NYC

## MATRIX OF MAILING

Bank Card Services
PO Box 15026
Wilmington, Delaware 19850-5026
Account No: 5329025131000978
Balance: $13,086.85

Chase Visa
PO Box 15919
Wilmington, Delaware 19850-5919
Account No.: 4310000643212142
Balance: $9,555.58

Capital One Bank
PO Box 85015
Richmond, VA 23285-5015
Account No.: 5291152103488991
Balance: $5,070.47

Retail Services
PO Box 15521
Wilmington, DE 19850-5521
Account No.: 7021270107790346
Balance: $1,022.23

Circuit City
Fleet Credit Card Services
PO Box 15045
Wilmington, DE 19886-0001
Account No.:   4104160000950823
Balance: $3,873.98

MBNA America
PO Box 15026
Wilmington, DE 19850-5026
Account No.: 4262280896778686
 Balance: $3,051.57

Sears Credit Card
PO Box 182156
Columbus, OH 43218-2156
Account No.: 5121070155538487
Balance: $8,695.20

Card Member Services
PO Box 44167
Jacksonville, FL 32231-4167
Account No.: 5398420050697076
Balance: $2,704.40

Bank Card Services
PO Box 15026
Wilmington, DE 19850-5026
Account No.: 4264298469023306
Balance: $12,459.91

Coastal Gastroenterology
525 Jack Martin Boulevard
Brick, NJ 08724
Account No.: 06650400
Balance: $380.00

Lane Bryant
PO Box 182121
Columbus, OH 43218-2121
Account No.: 922512728
Balance: $248.09

Medical Center of Ocean County
PO Box 34019
Newark, NJ 07189-0019
Account No.: 3300152956
Balance: $564.00

Medical Center of Ocean County
PO Box 34019
Newark, NJ 07189-0019
Account No.: 3300152971
Balance: $1,509.00

Medical Center of Ocean County
PO Box 34019
Newark, NJ 07189-0019
Account No.: 3300163662
Balance: $932.00

Medical Center of Ocean County
PO Box 34019
Newark, NJ 07189-0019
Account No.:3300107260
Balance: $168.00

Medical Center of Ocean County
PO Box 34019
Newark, NJ 07189-0019
Account No.:3300164919
Balance: $1, 600.00

Empi
599 Cardigan Road
St. Paul, MN 55126
Account No.: 2300041
Balance: $354.60

# *Stephen G. Schueler*

ATTORNEY AT LAW
1010 HIGHWAY 71
SUITE 2
SPRING LAKE HEIGHTS, NEW JERSEY 07762

NJ SUPREME COURT CERTIFIED ATTORNEY
CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CRIMINAL ATTORNEY

TELEPHONE (732) 449-0055
TELEFAX (732) 449-5317

MEMBER OF N.J. AND N.Y. BARS

July 14, 2004

United States Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

> RE:   **PATRICIA SWITKA/CHAPTER 7 BANKRUPTCY**

Dear Sir/Madam:

Enclosed herewith please find an original and one (1) copy of a Chapter 7 Bankruptcy Petition
and Certification of Non-Compliance relative to the above matter.

Kindly file same and return a "filed" copy to me in the self-addressed stamped envelope
provided herein. I have also enclosed my check in the amount of $209.00 representing costs of
filing same.

Thank you for your kind attention to this matter.

Respectfully submitted,

STEPHEN G. SCHUELER

SGS/tla
Enclosures

cc:   Ms. Patricia Switka